[No. 4303–7–III. Division Three. December 29, 1981.]

THE STATE OF WASHINGTON, *on the Relation of D. D. Jack Davis, Respondent,* v. DONALD C. BROCKETT, *as Prosecuting Attorney, Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 80–2–03440–0, Richard P. Guy, J., entered November 13, 1980. *Dismissed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.

[No. 4784–5–II. Division Two. December 30, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. CALVIN SANFORD, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR–512, John H. Kirkwood, J., entered May 16, 1980. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Pearson and Petrich, JJ.

[No. 8759–2–I. Division One. January 4, 1982.]

BOBBIE JEAN SCHMIDT, ET AL, *Respondents,* v. WOLFSTONE, DONLEY & McMANNAMA, INC., *Respondent,* ROYAL GLOBE INSURANCE COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 78–2–00506–1, Daniel T. Kershner, J., entered April 25, 1980. *Affirmed* by unpublished opinion per Callow, J., concurred in by Durham, A.C.J., and James, J.